# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DONITA STRANGE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:19-CV-02701-KHV-GEB |
| v. | ) |
| | ) |
| **WALMART INC.** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the parties Plaintiff Donita Strange and Defendant Walmart Inc., by and through their undersigned counsels, and stipulate that this matter should be dismissed as to all claims and causes of action against all parties with prejudice, each party to bear its own costs.

Dated: October 2, 2020

Respectfully submitted,

| | |
|---|---|
| /s/*John Kurtz* | /s/ *Anna M. Berman* |
| John Kurtz,          KS#18506 | Anna M. Berman #24519 |
| HUBBARD & KURTZ, LLP | KUTAK ROCK LLP |
| 1718 Walnut | 2300 Main Street, Suite 800 |
| Kansas City, MO 64108 | Kansas City, MO 64108 |
| Phone: (816) 467-1776 | Phone:  (816) 960-0090 |
| E-mail: jkutrz@MoKanLaw.com | Fax:     (816) 960-0041 |
| **ATTORNEY FOR PLAINTIFF** | anna.berman@kutakrock.com |
| | **ATTORNEYS FOR DEFENDANT** |

1