# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DONITA STRANGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 19-cv-02701-KHV |
| | ) | |
| **WALMART INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On October 2, 2020 a Stipulation For Dismissal With Prejudice (Doc. #29) was filed in the above-captioned matter. Based upon the Stipulation and for good cause shown, the Court hereby **ORDERS** that all claims and causes of action against all parties be dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated on this 7th day of October, 2020.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
U.S. District Court Judge